# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:24-cv-09583

Rhen v. Costco Wholsale
Assigned to:
Case in other court: Jeremy D. Rhen v Costco Wholesale Corporation, MER-L-86-00024
Cause: 28:1441 Notice of Removal- Personal Injury

Date Filed: 10/02/2024
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Jeremy D. Rhen**

represented by **Jeremy D. Rhen**
102 Howard Way
Pennington, NJ 08534
PRO SE

V.

**Defendant**

**Costco Wholsale**
4100 Quakerbidge Road
Lawrence Twp, NJ 08648

## Proceedings for case 3:24-cv-09583 are not available

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/02/2024 14:46:43 | | | |
| **PACER Login:** | rballou2 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-cv-09583 Start date: 1/1/1980 End date: 10/2/2024 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |