# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law
www.szaferman.com

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901

Arnold C. Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz**
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Max H. Steinberg
Alexandrea M. Jacinto
Angelina Sferra
Mariam S. Zein

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Anthony J. Parrillo
Bruce M. Sattin***
Jeffrey M. Hall
Steven Fox**++
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

April 24, 2025

**VIA CM/ECF**

The Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

Re:     **Rhen v. Costco Wholesale Corporation, et al.**
        **Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

The parties in the above matter submit this letter in advance of the April 28, 2025 conference with Your Honor to summarize the status of discovery. It is as follows:

1. The parties have exchanged Rule 26 Initial Disclosures.

2. On March 7, 2025, Plaintiff served his discovery index, responses to Form A interrogatories, and executed HIPPA authorizations.

3. The parties have conferred and scheduled Plaintiff's deposition and the deposition of a knowledgeable Costco representative(s) for June 17, 2025. Thereafter, additional depositions may be required.

4. On April 7, 2025, Plaintiff served initial written discovery requests on Defendant. Defendant advises responses to these requests should be received by June 15, 2025.

5. Defendant seeks permission to file an Amended Complaint (in lieu of filing a formal motion) to name as defendants the individuals involved in plaintiff's assault.

6. Defendant will schedule plaintiff for a defense medical examination/dental examination on or before August 1, 2025.



April 24, 2025<br>Page 2

We look forward to discussing the case status with the Court on Monday.

Thank you.

**Respectfully submitted,**
**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Attorneys for Plaintiff

By: /s/ *Thomas Manzo*
     Thomas J. Manzo, Esq.

**GARVEY BALLOU**
Attorneys for Defendant

By: /s/ *Robert Ballou*
     Robert A. Ballou, Jr., Esq.