# GARVEY BALLOU

A PROFESSIONAL CORPORATION

**COUNSELLORS AT LAW**
**1973 Route 34**
**Suite 204**
**WALL, NEW JERSEY 07719**
**(732) 341-1212**
**e-mail: thefirm@courthouselane.com**
***Mailing Address:***
***P.O. Box 730***
***Allenwood, NJ 08720-0730***

JOSEPH J. GARVEY□*
ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **
JANET LAW ***

□CERTIFIED CIVIL TRIAL ATTORNEY
*MEMBER N.J. & D.C. BARS
**MEMBER N.J. & N.Y. BARS
***MEMBER N.J & P.A. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607


OUR FILE NO. 131.25793

July 24, 2025

Magistrate Judge J. Brendan Day
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: Jeremy Rhen v Costco Wholesale Corporation
Docket No.: 3:24-cv-09583

Dear Magistrate Judge J. Brendan Day:

I represent Costco Wholesale Corporation in regard to the above-captioned matter. There is currently a Telephone Conference scheduled before Your Honor on July 28, 2025 at 3:00 PM. I am respectfully requesting a two week adjournment. I mistakenly did not have the conference on my calendar and I will be away on a pre-planned vacation.

I have the consent of my adversary.

I thank the court for its' attention.

Respectfully,

ROBERT A. BALLOU, JR

RAB/mb
cc: Mcdonald/Ann - Gallagher Bassett (1) - 003632-658689-GB-01
Craig J. Hubert