SZAFERMAN LAKIND
Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law
www.szaferman.com

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901

Arnold C. Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz**
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Max H. Steinberg
Alexandrea M. Jacinto
Angelina Sferra
Mariam S. Zein

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Anthony J. Parrillo
Bruce M. Sattin***
Jeffrey M. Hall
Steven Fox**++
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

August 7, 2025

**VIA CM/ECF**
The Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

**RE: Rhen v. Costco Wholesale Corporation, et al.**
**Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

The parties in the above matter submit this letter in advance of the August 11, 2025 conference with Your Honor to summarize the status of discovery. It is as follows:

1. On June 17, 2025 Plaintiff's deposition was conducted. The parties agreed to a continuance of the deposition which is scheduled to take place on September 23, 2025 at 10:00am via Zoom.

2. The deposition of Costco's Security Officer was adjourned to allow Defendant additional time to identify and produce deponents requested by Plaintiff. Defendant has identified Warehouse General Manager, John Van Burger, and will produce the deponent by October 15, 2025.

3. On July 22, 2025, Defendant filed a Joint Discovery Confidentiality Order. Said order is pending the Court's review and approval.

4. Plaintiff's defense medical examination/dental examination is scheduled for September 10, 2025.

5. The parties request a status conference with the Court, to be scheduled after October 15, 2025, to discuss status of service of Defendant's Third-Party Complaint, Plaintiff's

SZAFERMAN LAKIND



request to amend the Complaint to name the assailant, and the production of additional Costco witnesses for depositions.

Thank you.

**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Attorneys for Plaintiff

/s/ Thomas Manzo
By: ______________________________
Thomas J. Manzo, Esq.

**GARVEY BALLOU**
Attorneys for Defendant

/s/ Robert Ballou
By: ______________________________
Robert A. Ballou, Jr., Esq.