# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law
www.szaferman.com

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901

Arnold Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz+
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Max H. Steinberg
Alexandrea M. Jacinto
Samantha Garrison
Angelina Sferra
Mariam S. Zein
Zachary M. Jaffe

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil
Trial Attorney

Of Counsel
Anthony J. Parrillo
Bruce M. Sattin***
Jeffrey M. Hall
Steven Fox**++
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

November 25, 2025

<u>**VIA CM/ECF**</u>
The Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

      **RE:**   <u>**Rhen v. Costco Wholesale Corporation, et al.**</u>
            **Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

The parties in the above matter submit this letter in advance of the December 2, 2025 conference with Your Honor to summarize the status of discovery.

*(a)*    *Paper Discovery*

The parties are still actively engaged in the exchange of paper discovery. On October 3, 2025, Plaintiff served Defendant with a discovery amendment consisting of an office note from Plaintiff's treating doctor, Dr. Nirav Shah, MD dated October 2, 2025. On November 7, 2025, Plaintiff amended with police records produced by Lawrence Police Department pursuant to Subpoena. In addition, Plaintiff is in receipt of Defendant, Costco's Answers to Interrogatories, Responses to Plaintiff's Notice to Produce, and Answers to Plaintiff's Supplemental Interrogatories. Since that time, the parties entered into a Discovery Confidentiality Order and Plaintiff is in need of more specific answers to interrogatories and document production from Defendant related to requests in Plaintiff's Notice to Produce. Accordingly, on November 17, 2025, Plaintiff served Defendant with a formal request for more specific answers to discovery. In addition, Plaintiff will be serving a Supplemental Notice to Produce for additional documents within a week. The parties have conferred on these issues and Defendant is in the process of compiling responses to Plaintiff's requests.



**(b)      Depositions**

The depositions of the Costco Warehouse General Manager, John Van Burger, and a corporate designee (to be identified) were scheduled to take place on November 24, 2025 at 10:00 a.m. The depositions of two additional Costco employees were noticed and scheduled to take place on November 25, 2025 at 10:00 a.m. These depositions were adjourned by Defendant due to witness unavailability as a result of work volume at Costco around the Thanksgiving holiday. Defendant is in the process of acquiring new dates for these depositions.

**(c)      Defense Medical Exam**

On August 5, 2025, Defendant served Plaintiff with a defense medical exam notice for September 15, 2025. Due to an internal communication error wherein the notice was not received by the calendaring coordinator, Plaintiff did not attend the defense medical exam. The parties have conferred and expect to schedule a new date for Plaintiff's defense medical exam.

**(d)      Defendant's Third-Party Complaint**

Plaintiff wishes to advise the Court of its unilateral position with respect to Defendant's unsuccessful attempts to serve third-party Defendant, Keith Bass, in connection with the Defendant's amended pleading filed via ECF on May 23, 2025. (ECF Doc No. 13). The allotted time for service provided by the Court Rules has expired and the case must proceed with discovery without Keith Bass being named as a third-party Defendant. Plaintiff is happy to discuss further this position during the December 2, 2025 status conference and reserves the right to seek leave of the Court to pursue an appropriate remedy, should it be necessary.

**(e)      Amendments to the Pretrial Scheduling Order**

The parties jointly request to amend the Pretrial Scheduling Order as follows to facilitate the completion of discovery:

(1)      Factual discovery to be completed no later than **March 31, 2026.**

(2)      Plaintiff's expert report due by **May 15, 2025.**

(3)      Defendant's expert report due on **July 15, 2025.**

(4)      Expert depositions to be completed by **September 18, 2026.**

November 20, 2025<br>Page 3

Thank you.

Respectfully submitted,
**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Attorneys for Plaintiff

By: _/s/ Thomas Manzo_
_____
Thomas J. Manzo, Esq.

**GARVEY BALLOU**
Attorneys for Defendant

By: _/s/ Robert Ballou, Jr._
_____
Robert A. Ballou, Jr., Esq.