# SZAFERMAN LAKIND
### Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618
P: 609.771.8611
F: 609.771.8612

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901
P: 908.219.4219
F: 908.219.4561
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz**
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Steven L. Fox**++
Max H. Steinberg
Alexandrea M. Jacinto
Samantha Garrison
Angelina Sferra
Mariam S. Zein
Zachary M. Jaffe

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Anthony J. Parrillo
Jeffrey M. Hall
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

February 17, 2026

Our File: 88147.1

**VIA CM/ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

      RE:    **Rhen v. Costco Wholesale Corporation, et al.**
                **Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

      Our office represents, Plaintiff Jeremy Rhen, in the above-captioned matter. Please accept this letter correspondence in lieu of a more formal request for leave to file a Motion to Compel Discovery.

      After the most recent status conference on January 5, 2026, Your Honor amended the Pretrial Scheduling Order extending fact discovery to August 31, 2026. Per the parties' most recent Joint Status Letter submitted on December 30, 2025, Plaintiff advised the Court that Defendant had failed to respond to a number of Plaintiff's discovery demands. On December 12, 2025, Plaintiff served Defendant with a Supplemental Notice to Produce and prior to that, on November 17, 2025, Plaintiff served Defendant with a good faith letter identifying deficiencies in Defendant's discovery responses and production of certain documents requested in Plaintiff's Supplemental Interrogatories and initial Notice to Produce. The November 17, 2025 correspondence demanded that responses to discovery be produced within fourteen (14) days. After no response was received, Plaintiff served a second good faith letter correspondence on February 4, 2026, demanding Defendant's responses to discovery be produced within ten (10) days.

      As of today, Defendant has not yet produced responses in connection with the November 17, 2025 or December 12, 2025 discovery demands. The documents and records demanded are critical to Plaintiff's ability to effectively conduct depositions of Costco employees which are forthcoming. As

such, Plaintiff respectfully requests Your Honor's permission to file a Motion to Compel Discovery, to be decided on a date and time acceptable to Your Honor.

Thank you for Your Honor's time, attention and continued assistance with this matter.

Respectfully submitted,
**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER**

By:_____
Thomas J. Manzo, Esq.