# GARVEY BALLOU

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1973 Route 34
Suite 204
WALL, NEW JERSEY 07719
(732) 341-1212
e-mail: thefirm@courthouselane.com

*Mailing Address:*
*P.O. Box 730*
*Allenwood, NJ 08720-0730*

ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **

**MEMBER N.J. & N.Y. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607

OUR FILE NO.   131.25793

February 20, 2026

Honorable Brendan Day, U.S.M.J.
U.S. District Court - Trenton
402 E. State Street
Trenton, NJ, 08608

      Re:    Jeremy Rhen v Costco Wholesale Corporation
              Docket No.:  3:24-CV-09583

Dear Judge Day:

      Per your recent Order, I was to update the Court regarding the status of Costco's response to plaintiff's request for additional discovery. The purpose of this letter is to request that I be allowed additional time, until Thursday, February 20, 2026, to provide the responses. I have communicated with plaintiff's attorney, Thomas Manzo, who has graciously consented.

      I thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          *s/ Robert A. Ballou, Jr*
                                          ROBERT A. BALLOU, JR

RAB/dh

cc:    Thomas Manzo, Esq.