# GARVEY BALLOU

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

1973 Route 34

Suite 204

WALL, NEW JERSEY 07719

(732) 341-1212

e-mail: thefirm@courthouselane.com

*Mailing Address:*

*P.O. Box 730*

*Allenwood, NJ 08720-0730*

ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **

**MEMBER N.J. & N.Y. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607

OUR FILE NO.    131.25793

April 6, 2026

Honorable Brendan Day, U.S.M.J.
U.S. District Court - Trenton
402 E. State Street
Trenton, NJ, 08608

Re:    Jeremy Rhen v Costco Wholesale Corporation
Docket No.:   3:24-CV-09583

Dear Judge Day:

In regard to the above-captioned matter and the Text Order of February 23, 2026, be advised that after reviewing plaintiff's request for more specific responses, I formally advised plaintiff's attorney by correspondence dated March 13, 2026 that the responses previously supplied would not be amended and that we would rely upon the information previously supplied.  I apologize for not advising the Court sooner.

As to the current status of this matter, the depositions of the warehouse manager as well as the continued deposition of plaintiff are in the process of being rescheduled.  I am presently awaiting the finalized report of my medical expert (oral surgeon).  I am awaiting counsel's update as to whether his client will be pursuing a psychiatric/psychological claim.  If so, the defense will need time to schedule our own defense examination.

Lastly, I have been advised by my investigator that he has been unable to personally serve the third-party defendant Bass.  I will be seeking permission from the Court to allow some form of substituted service.

I thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Robert A. Ballou, Jr*
ROBERT A. BALLOU, JR

RAB/dh

cc:    Thomas Manzo, Esq.