SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law
www.szaferman.com

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901

Arnold C. Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz**
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Max H. Steinberg
Alexandrea M. Jacinto
Samantha Garrison
Angelina Sferra
Mariam S. Zein
Zachary M. Jaffe

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Anthony J. Parrillo
Bruce M. Sattin***
Jeffrey M. Hall
Steven Fox**++
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

May 18, 2026

**VIA CM/ECF**
The Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

**RE: Rhen v. Costco Wholesale Corporation, et al.**
**Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

I write with regard to the Court's request for a Joint Position Letter on the above-captioned matter.

Plaintiff forwarded a draft position letter to defense for review and input. We heard back from counsel this evening, who was in trial in Monmouth County today. The matter settled late in the day. Mr. Ballou advised he will immediately provide his input into the submission, such that we will be able to file same tomorrow.

I apologize for the late notice, but wanted to at least provide the court with an update. We will move forward to file the joint submission tomorrow, but if the Court desires otherwise, kindly advise.

Respectfully submitted,
**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Attorneys for Plaintiff

By: /s/ Thomas Manzo
Thomas J. Manzo, Esq.