SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618
P: 609.771.8611
F: 609.771.8612

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901
P: 908.219.4219
F: 908.219.4561
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Jonathan I. Epstein
Samuel M. Gaylord*+++
Edward S. Kahn

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Brian M. Schwartz**
Terryann Bradley
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Jenna N. Shapiro
Craig Voorhees***+++
Janis A. Eisl*
Steven L. Fox**++
Max H. Steinberg
Alexandrea M. Jacinto
Samantha Garrison
Angelina Sferra
Mariam S. Zein
Zachary M. Jaffe

+Certified Matrimonial Attorney
++Certified Civil Trial Attorney
+++Certified Workers Comp Attorney
++++Certified Workers Comp & Civil Trial Attorney

Of Counsel
Anthony J. Parrillo
Jeffrey M. Hall
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg
Stephen L. Skillman

May 19, 2026

**VIA CM/ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08680

**RE: Rhen v. Costco Wholesale Corporation, et al.**
**Docket No.: 3:24-cv-9583-RK-JBD**

Dear Judge Day:

Our office represents Plaintiff Jeremy Rhen, in the above-captioned matter. I write in follow-up to Plaintiff's submission to the Court last night regarding the status of the parties' joint status letter.

This morning I met and conferred with defense counsel, Robert Ballou, Esq., to discuss the pending discovery dispute and obtain any update he obtained from his client, Defendant, Costco. By way of brief history, after the last conference, Defendant was going to verify the existence of the categories of documents sought by Plaintiff and then further advise as to whether such documents would be voluntarily produced. Defense counsel advised this morning that Defendant Costco will be producing responsive documents to Plaintiff's request for all Costco policies, procedures, training materials, or corporate guidance relating to warehouse entry (Supplemental Notice To Produce Items 1-2 and Supplement Interrogatories 1-3). With respect to the twenty-four (24) identified police interventions on the Costco property, defense counsel will produce any reporting and investigative documentation created and/or in Costco's possession related to same. Finally, defense counsel advised that he is still conferring with Costco regarding the requests involving the membership scanning devices and will provide an update on same in short order (Supplemental Notice to Produce Items 3-5 and Supplemental Interrogatories 8-12, 16).

Accordingly, at this time, Plaintiff will reserve on filing a formal position letter on our right to the discovery, pending receipt of what Costco will provide, and also pending its position on the scanner-related requests.

Thank you Judge for your time and consideration.

Respectfully submitted,
**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Attorneys for Plaintiff

/s/ *Thomas Manzo*
By: ______________________________
Thomas J. Manzo, Esq.

**GARVEY BALLOU**
Attorneys for Defendant

/s/ *Robert Ballou, Jr.*
By: ______________________________
Robert A. Ballou, Jr., Esq.