# GARVEY BALLOU

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1973 Route 34
Suite 204
WALL, NEW JERSEY 07719
(732) 341-1212
e-mail: thefirm@courthouselane.com
*Mailing Address:*
*P.O. Box 730*
*Allenwood, NJ 08720-0730*

ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **

**MEMBER N.J. & N.Y. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607


OUR FILE NO. 131.25793

June 2, 2026

Honorable Brendan Day, U.S.M.J.
U.S. District Court - Trenton
402 E. State Street
Trenton, NJ, 08608

Re: Jeremy Rhen v Costco Wholesale Corporation
Docket No.: 3:24-CV-09583

Dear Judge Day:

In response to your most recent Order, please accept the following.

At this stage, I am still in the process of obtaining the documents outlined in counsel's letter dated May 19, 2026. I am scheduled to go on a pre-planned vacation later this week. While I am endeavoring to complete that, it appears more realistic that I will need until my return to respond; specifically, Wednesday, June 17, 2026. In discussing with counsel, we also anticipate having the continued deposition of Plaintiff as well as the deposition of the knowledgeable warehouse manager, John VanBurger, completed by July 20, 2026.

I thank the Court of its' consideration of this request.

Very truly yours,

/s/_*Robert A. Ballou, Jr.*
ROBERT A. BALLOU, JR

RAB/mb

cc: Craig J. Hubert, Esq.