# GARVEY BALLOU

**A PROFESSIONAL CORPORATION**

**COUNSELLORS AT LAW**

**1973 Route 34**

**Suite 204**

**WALL, NEW JERSEY 07719**

**(732) 341-1212**

e-mail: thefirm@courthouselane.com

*Mailing Address:*

*P.O. Box 730*

*Allenwood, NJ 08720-0730*

ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **

**MEMBER N.J. & N.Y. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607

OUR FILE NO.  131.25793

July 31, 2026

Honorable Brendan Day, U.S.M.J.
U.S. District Court - Trenton
402 E. State Street
Trenton, NJ, 08608

> Re:  Jeremy Rhen v. Costco Wholesale Corporation
>      Docket No. 3:24-CV-09583

Dear Judge Day:

Pursuant to your most recent text order, please accept the following update.

Plaintiff's attorney and I have conferred regarding the status of discovery pertaining to this matter.

My office has supplied the report of our examining oral surgeon Krystin Bandola.

My office and investigator, despite numerous efforts which can be outlined in a full certification, have been unable to effectuate service on the individual who we believe was the assailant.  I will request permission of the Court to file an application to permit service by alternative means. Plaintiff's counsel objects to continuing efforts to bring the assailant into the case. It has been 442 days since Defendant filed a Third-Party Complaint against the assailant and attempts to

GARVEY, BALLOU
July 31, 2026
Page No. 2

effectuate service have failed. Discovery has continued throughout that time.

I have also supplied plaintiff with the job description for the door greeter.  I anticipate providing a certificate by a knowledgeable representative of the warehouse concerning a review of the records regarding calls by the Lawrence Township Police Department and whether there are any incident reports pertaining to same.

Plaintiff's counsel will be providing expert medical reporting. I will need to schedule a defense psych examination and time to supply responsive reporting. Any liability reporting cannot be produced until discovery on the pending issues is completed.

Unfortunately, the request that Costco provide the records concerning the scanners is problematic.  Costco continues to object for the reasons previously discussed.  In discussing same with Mr. Manzo, it was our agreement that this issue would have to be resolved by way of motion practice.  Plaintiff's counsel agrees a motion will have to be filed and, with the Court's permission, would like to wait to file that motion until Defendant produces all discovery responsive to the outstanding requests. In this way, if it appears other deficiencies may exist, they may all be addressed in the same motion.

I thank the Court for its attention.

Respectfully,

s/ Robert A. Ballou, Jr.

GARVEY, BALLOU
July 31, 2026
Page No. 3


                                        ROBERT A. BALLOU, JR.

RAB/mmh
cc:  Thomas Manzo, Esq.