# GARVEY BALLOU

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1973 Route 34
Suite 204
WALL, NEW JERSEY 07719
(732) 341-1212
e-mail: thefirm@courthouselane.com
*Mailing Address:*
*P.O. Box 730*
*Allenwood, NJ 08720-0730*

ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU
SHANNON K. SALVATORIELLO **
GRAZIELLA P. NOBILE **

**MEMBER N.J. & N.Y. BARS

Robert A. Ballou, Jr.
Email: rballou@courthouselane.com
Direct dial: 732-359-7607


OUR FILE NO. 131.25793

August 11, 2026

Honorable Brendan Day, U.S.M.J.
U.S. District Court - Trenton
402 E. State Street
Trenton, NJ, 08608

Re: Jeremy Rhen v Costco Wholesale Corporation
Docket No.: 3:24-CV-09583

Dear Judge Day:

My firm represents Costco Wholesale Corporation in regard to the above-captioned matter. There is currently a status conference scheduled for August 27, 2026. I am respectfully requesting an adjournment. I will be out of the office on a client matter out of state.

By copy of this letter, I am notifying my adversary.

Thank you for your kind attention.

Very truly yours,

ROBERT A. BALLOU, JR

RAB/mb
cc: Mcdonald/Ann - Gallagher Bassett (1) - 003632-658689-GB-01
Craig J. Hubert, Esq.